NATHAN SCHWARTZ, Respondent-Appellant, v. COMPANIA AZUCARERA VERTIENTES-CAMAGUEY DE CUBA, Appellant-Respondent. PETER L. F. SABBATINO, as Temporary Receiver, Respondent.—

786

This court's prior decision (14 A D 2d 582) determined only the questions of law then raised, and the decision was rendered on the basis of the facts then presented. Such decision was not intended, however, to preclude any of the parties from presenting upon the trial any additional facts relevant to any of the issues raised by the pleadings. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.